IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**RECEIVED** 2007 MAY 25  P 4:09

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:07cr 113-SRW |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(5), 13A-13-6(a)(2)] |
| | ) | |
| AMY ROSEANNE GRAHAM | ) | INFORMATION |

COUNT I

The United States Attorney charges:

On or about the 15th of February, 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, AMY ROSEANNE GRAHAM did unlawfully operate a motor vehicle while under the influence of a substance which impaired her physical and mental faculties to a degree that rendered her incapable of safely driving in violation of Title 32, Section 5A-191(a)(5), Code of Alabama 1975, and Title 18, Section 13, United States Code.

COUNT II

The United States Attorney charges:

On or about the 15th of February, 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, AMY ROSEANNE GRAHAM did unlawfully endanger the welfare of a child by failing to exercise reasonable diligence in the control of her six year old daughter to prevent her from becoming a "dependant child" under Code of Alabama 12-15-1(10), in violation of Title13A-13-6(a)(2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

STATE OF ALABAMA             )    AFFIDAVIT
                             )
DALE COUNTY                  )

The undersigned, being first duly sworn, deposes and says:

I am a Military Police Officer at Fort Rucker, Alabama. On February 15th, 2007, I was dispatched to North Harris Street on Fort Rucker. Upon arrival I saw a woman, later identified as AMY ROSEANNE GRAHAM, slumped over the steering wheel of a running car. Her six year old daughter was in the back seat. When I spoke to GRAHAM, she appeared to awaken and began to curse and ask to be allowed to go back to sleep. She made spontaneous statements that she had taken prescription medication, to include muscle relaxants, the night before. At all times, she appeared incoherent and in poor control of her physical faculties. She refused to perform field sobriety tests. In my opinion as a law enforcement officer, she was impaired.

_____
APRIL M. BOYLE, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 17th day of May 2007.

_____
NOTARY PUBLIC

My commission expires: 13 DEC 2010