IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 1:07-CR-113 SRW |
| V. | ) |
| | ) |
| Amy R. Graham | ) |
| | ) |
| | ) |

## MOTION FOR CONTINUANCE

Comes now the United States of America, by and through its Special Assistant U.S. Attorney, and respectfully moves this Honorable Court to continue the hearing in the above styled cause presently set for July 11th, 2007, and as grounds therefore states as follows:

1. Ms. Graham's case is being transferred to Fort Campbell, Kentucky for a guilty plea pursuant to Rule 20.

2. The interests of justice would be best served by granting the above continuance.

Respectfully submitted,

_____
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
(334) 255-9708

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing to be served on Donnie Bethel, Federal Defenders Office, 201 Monroe Street, Suite 1960, Montgomery, Alabama 36104, Attorney for the Defendant, by electronic mail

/s/NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
(334) 255-9708