IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr113-SRW |
| | ) | |
| AMY ROSEANNE GRAHAM | ) | |

**ORDER**

Upon consideration of the defendant's motion to continue arraignment (Doc. # 5), filed July 9, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The arraignment is continued from July 10, 2007 to September 12, 2007 at 10:00 a.m., Soldier Service Center, Building 5700, Room 342, Ft. Rucker, Alabama.

Done, this 9th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE