IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr113-SRW |
| | ) | |
| AMY ROSEANNE GRAHAM | ) | |

## **ORDER**

Upon consideration of the government's September 12, 2007, oral motion to continue arraignment, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED. The arraignment previously scheduled for September 12, 2007 is hereby **RESCHEDULED for 10: 00 a.m. on November 7, 2007,** Soldier Service Center, Building 5700, Room 342, Ft. Rucker, Alabama.

DONE, this 19th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE