**COURTROOM DEPUTY'S MINUTES**        **DATE: November 7, 2007**

**MIDDLE DISTRICT OF ALABAMA**        **DIGITAL RECORDING: 1170 - 1180 (5065W)**

                                                                                              **10:30 - 10:32**

☐ **ARRAIGNMENT**        ☐**CHANGE OF PLEA**        ☐ **CONSENT PLEA**

☐ **RULE 44(c) HEARING**        ☐ **SENTENCING**

--------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker**        **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 1:07cr113-SRW**        **DEFENDANT NAME: Amy Roseanne Graham**

**AUSA:**                                                **DEFENDANT ATTORNEY:**

                                            Type counsel (  )Waived; (  )Retained; (  )CJA; (  )FPD

                                            (  ) appointed at arraignment; (  ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (  )NO; (  )YES        Name:

--------------------------------------------------------------------------------------------------------

        **Government's ORAL MOTION to continue arraignment pending completion of Rule 20.**

        **Court's ORAL ORDER granting motion to continue arraignment.**

☐ This is defendant's **FIRST APPEARANCE.**

☐ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

☐ **ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**        ☐ **Not Guilty**

                ☐ **Guilty as to:**

                        ☐ **Count(s):**

                        ☐ **Count(s):**                ☐ **dismissed on oral motion of USA**

                                                        ☐ **to be dismissed at sentencing**

☐ Written plea agreement filed    ☐ **ORDERED SEALED**

☐ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**

☐ CRIMINAL TERM:                ☐ WAIVER OF SPEEDY TRIAL filed.

                **DISCOVERY DISCLOSURE DATE:**

☐ **ORAL ORDER that defendant be released and continued under the same conditions previously**

        **imposed by the U. S. Magistrate Judge.**

☐ Defendant remanded to custody of U. S. Marshal.

☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed

                        ☐ Defendant requests time to secure new counsel