IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr113-SRW |
| | ) | |
| AMY ROSEANNE GRAHAM | ) | |

## ORDER

Upon consideration of the government's November 7, 2007 oral motion to continue arraignment and the Court's oral order granting motion to continue, and for good cause, it is

ORDERED that the arraignment previously scheduled for November 7, 2007 is hereby **RESCHEDULED for January 8, 2008 at 10:00 a.m.**, Soldier Service Center, Building 5700, Room 342, Ft. Rucker, Alabama before United States Magistrate Judge Wallace Capel, Jr.

DONE, this 13th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE