IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
   )
     v.    )    CR. NO: 1:07-cr-113-WC
   )
AMY ROSEANNE GRAHAM    )

**ORDER ON MOTION**

Upon consideration of the Government's Motion to Dismiss (Doc. #11), and for good cause, it is

ORDERED that the Motion (Doc. #11) is GRANTED.

Done this 18th day of December 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE